IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RYAN ANTHONY ANDERSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JUSTIN JONES, )<br>)<br>Respondent . ) | No.  CIV-05-1146-L |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by the Honorable Doyle W. Argo on December 29, 2005, in which he recommended dismissing the Petition for Writ of Habeas Corpus as moot.  On January 13, 2006, petitioner requested an extension of time to file objections to the Report and Recommendation.  The court granted petitioner's request and ordered that objections be filed no later than February 17, 2006.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed and to date petitioner has failed to object to the Report and Recommendation. Having conducted a *de novo* review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety.  Petitioner's Emergency Application for a Temporary Restraining Order and/or a Preliminary Injunction Against the Respondents (Doc. No. 11) is DENIED as moot.  The Petition

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in State Custody (Doc. No. 1) is DISMISSED as moot.  Judgment will issue accordingly.

It is so ordered this 24th day of February, 2006.

*/s/ Tim Leonard*
TIM LEONARD
United States District Judge